THE CROCKER–WHEELER ELECTRIC COMPANY, PLAINT-
IFF IN ERROR, v. OSCAR B. HILL, DEFENDANT IN
ERROR.

On error to the Supreme Court.

For the plaintiff in error, *John Franklin Fort.*

For the defendant in error, *Scott German.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in its *per curiam* opinion.

*For affirmance*—THE CHIEF JUSTICE, COLLINS, DEPUE, DIXON, GUMMERE, LUDLOW, VAN SYCKEL, DAYTON, HEN-
DRICKSON, NIXON.  10.

*For reversal*—None.